ANDREW F. GILSEY, Respondent, v. TWENTY WEST THIRTY-SIXTH STREET, INC., Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANGELA PAPA, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS GELLER, Appellant, v. SAM SENATE, ANNIE SENATE and SENATE MORTGAGE AND REALTY COMPANY, Respondents, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL W. TEICHMAN, Respondent, v. MORWAY REALTY CORPORATION and Others, Defendants, Impleaded with TISHMAN REALTY & CONSTRUCTION Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HINCK, Appellant.— Judgment affirmed without prejudice to defendant's making an application for a new license six months after revocation. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ONOFRIO RELLA, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SPANIER WINDOW CLEANING CO., INC., v. "JOHN" AWERKIN, the First Name "John" Being Fictitious, etc., as President, and Others.— Motion denied, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of CHARLES T. BROWN, an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.